UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 25-160 |
| JULIO VALERIO-SENTENO | SECTION M (1) |

**ORDER**

Because the parties have indicated that the defendant intends to plead guilty,

IT IS ORDERED that a rearriagnment hearing for Julio Valerio-Senteno is scheduled for Thursday, March 26, 2026, at 1:30pm.

IT IS FURTHER ORDERED that the pretrial conference scheduled for Wednesday, March 25, 2026 at 9:30 a.m. is CANCELLED. However, if the rearraignment does not proceed as anticipated, a pretrial conference will be held on Thursday, March 26, 2026, at 1:30 p.m.

New Orleans, Louisiana, this 19th day of March, 2026.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE