UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 25-160 |
| JULIO VALERIO-SENTENO | SECTION M |

# NOTICE OF REARRAIGNMENT

Take notice that this criminal case has been reset for Rearraignment on **March 26, 2026, at 1:30 p.m.**, before Judge Barry. W. Ashe, 500 Poydras Street, Courtroom C-351, New Orleans, LA 70130.

IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING

PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.

NOTICE TO DEFENDANTS AND COUNSEL: After the defendant has entered a guilty plea, the U.S. Probation Office shall complete and provide to the Court a Presentence Investigation and Report (PSI). Any defendant on bond and his or her attorney shall report to the U.S. Probation Office immediately following the conclusion of the rearraignment proceeding for an initial interview and to schedule any subsequent interviews. If a defendant on bond and his or her defense counsel are unable to report to the U.S. Probation Office immediately following the defendant's change of plea, defense counsel must make alternate arrangements with the U.S. Probation Officer prior to leaving the courthouse following the rearraignment proceeding.

DATE: March 19, 2026

To: JULIO VALERIO-SENTENO

COUNSEL FOR VALERIO-SENTENO:
Jane Hogan
jane@hoganattorneys.com

If you change address, notify
Clerk of Court by phone,
(504) 589-7695

CAROL L. MICHEL, CLERK
By: Gretchen Heldner, Deputy Clerk

AUSA: Duane Evans
duane.evans@usdoj.gov

U.S. Marshal

U.S. Probation/Pretrial Services Unit

JUDGE ASHE

MAGISTRATE JUDGE

FOREIGN LANGUAGE INTERPRETER:
SPANISH

Special Agent Michael P. Morgan U.S.
Border Patrol
Michael.p.morgan@ice.dhs.gov