UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 25-160 |
| JULIO VALERIO-SENTENO | SECTION M (1) |

**O R D E R**

Considering the unopposed motion of the government to amend bill of information (R. Doc. 33),

IT IS ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court file the government's amended bill of information into the record of the captioned matter.

New Orleans, Louisiana, this 25th day of March, 2026.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE