RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2025 JUN 20 PM02:36
CAROL L. MICHEL, CLERK

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

# FELONY

**BILL OF INFORMATION FOR REENTRY OF REMOVED ALIEN**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO.** 25-160 |
| **v.** | * | **SECTION:** SECT. M MAG. 1 |
| **JULIO VALERIO-SENTENO** a/k/a "Julio Alberto Valerio-Senteno," a/k/a "Julio V. Senteno," a/k/a "Valerio J. Senteno" | * | **VIOLATION: 8 U.S.C. § 1326(a)** |

* * *

The United States Attorney charges that:

**COUNT 1**

On or about May 15, 2025, in the Eastern District of Louisiana, **JULIO VALERIO-SENTENO a/k/a "JULIO ALBERTO VALERIO-SENTENO," a/k/a "JULIO V. SENTENO," a/k/a "VALERIO J. SENTENO,"** an alien, was found in the United States after having been deported and removed therefrom on or about October 2, 2013, without the Attorney General of the United States or her designated successor, the Secretary of the Department of Homeland Security, as provided for in Title 6, United States Code, Sections 202(3), 202(4), and

GOVERNMENT EXHIBIT
A

557, having expressly consented to the defendant's reapplication for admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

MICHAEL M. SIMPSON
ACTING UNITED STATES ATTORNEY

DUANE A. EVANS
Louisiana Bar Roll Number 24086
Assistant United States Attorney

New Orleans, Louisiana
June 20, 2025

CLERK'S OFFICE
A TRUE COPY
JUN 20 2025
Deputy Clerk, U.S. District Court
Eastern District of Louisiana
New Orleans, LA