MINUTE ENTRY
ASHE, J.
MARCH 26, 2026

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 25-160 |
| JULIO VALERIO-SENTENO | SECTION M |

**REARRAIGNMENT HEARING**

Courtroom Deputy: Gretchen Heldner
Court Reporter: Cathy Pepper

APPEARANCES: Duane Evans, Asst. U.S. Attorney
Jane C. Hogan, Counsel for Defendant
Interpreter: Betty Caro, designated by the Court and sworn by the Deputy Clerk

Case called at 1:38 p.m.; all present and ready.
The defendant waived reading of the Bill of Information.
Defendant sworn and questioned by the Court.
Defendant informed of maximum penalties.
The Court confirmed with the defendant that the sentencing guidelines applicable to his case were explained to him by his counsel, and that he understood they were advisory and not binding on the Court.
Defendant informed of rights to trial by jury or by the court and waives same.
Defendant enters a plea of guilty as to Count 1 of the Bill of Information.
Government authenticates and submits the factual basis to the Court and same is filed.
Counsel for defendant questioned by the Court.
Defendant questioned by the Court.
Plea accepted and defendant is ADJUDGED GUILTY on plea of guilty as to Count 1 of the Bill of Information.
Request for expedited pre-sentence investigation GRANTED.
Pre-sentence investigation ORDERED.
Sentencing is set for **THURSDAY, May 21, 2026, at 1:30 p.m.**
Defendant remanded to the custody of the U.S. Marshal.
Court adjourned at 2:06 p.m.

IT IS FURTHER ORDERED that the pretrial conference and trial dates are CANCELED.

JS10: 00:28