MINUTE ENTRY
ASHE, J.
MAY 21, 2026

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 25-160 |
| JULIO VALERIO-SENTENO | SECTION M |

**SENTENCING HEARING**

Courtroom Deputy: Gretchen Heldner
Court Reporter: Karen Ibos
Probation Officer: Rene Williams

APPEARANCES: Duane Evans, Asst. U.S. Attorney
Jane Hogan, Counsel for Defendant
Julio Valerio-Senteno, Defendant
Interpreter: Silvia Gomez-Juarez, designated by the Court

Case called at 1:30 p.m.; all present and ready.
The Court adopts the PSR.
Guidelines provided.
Statement by defendant in mitigation of sentence.
Statement by counsel for defendant in mitigation of sentence.
Statement by counsel for government.
Defendant sentenced as to Count 1 of the Indictment.
See Judgment.
Defendant remanded to the custody of the U.S. Marshal.
Court adjourned at 1:43 p.m.

JS10: 00:13